IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RODNEY BRAINARD

*Plaintiff,*

v.

MUSA ATO DBA LEAGUE OF
REBELS MENSWEAR

*Defendants.*

Civil No. 17-01211-SS

### FINAL JUDGMENT

Pursuant to the Parties' *Joint Stipulation of Dismissal* and Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58, all the claims of Rodney Brainard against Musa Ato dba League of Rebels Menswear are hereby DISMISSED WITH PREJUDICE. Costs of court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED April 3, 2019.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE